# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

8:58 am, 7/31/24

**Margaret Botkins
Clerk of Court**

MELANIE M. PETERSON,

                              Plaintiff,

vs

DUSTIN KIRSCH, ET AL,

                             Defendants.

Case Number: 1:23-CV-00210-SWS

## JUDGMENT IN A CIVIL ACTION

This matter came before the Court on the "Motion to Dismiss Second Amended Complaint" (ECF Nos. 80, 81) filed by Defendants Dustin Kirsch, Adam Hymas, Bill Beres, Irah Leonetti, Chris Queen, Bubba Haley, John Demaree, Jon Stephens, Jake Kettley, Kyle Lash, Grant Gerharter, and Travis Crane (collectively the "Individual Defendants"). The Court's Order Granting Individual Defendants' Motion to Dismiss (ECF No. 94) was entered on July 31, 2024. Pursuant to the Order Granting Individual Defendants' Motion to Dismiss, which is fully incorporated by this reference,

    IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint (ECF No. 64) is hereby DISMISSED WITH PREJUDICE, and the case is closed.

    Dated this 31st day of July, 2024.

                                                                   Margaret Botkins
                                                                   Clerk of Court

                                                                   By Elayna Thorsell
                                                                   Deputy Clerk